## DONNA SIMMS *v.* ROBERT SIMMS

The plaintiff's petition for certification for appeal from the Appellate Court, 25 Conn. App. 231, is denied.

*Daniel W. Moger, Jr.,* in support of the petition.

*Michael A. Meyers,* in opposition.

Decided September 19, 1991

## STATE OF CONNECTICUT *v.* ANTONE ANGELO

The defendant's petition for certification for appeal from the Appellate Court, 25 Conn. App. 235, is denied.

*Mark D. Malley* and *Wesley W. Horton,* in support of the petition.

*Susan C. Marks,* assistant state's attorney, in opposition.

Decided September 19, 1991

## STATE OF CONNECTICUT *v.* EUGENE RUSSELL

The defendant's petition for certification for appeal from the Appellate Court, 25 Conn. App. 243, is denied.

*Elizabeth M. Inkster,* assistant public defender, in support of the petition.

*Judith Rossi,* assistant state's attorney, in opposition.

Decided September 19, 1991

## GARY A. DUVE *v.* GAIL S. DUVE

The plaintiff's petition for certification for appeal from the Appellate Court, 25 Conn. App. 262, is denied.

*Gary A. Duve,* pro se, in support of the petition.

Decided September 19, 1991